UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASMYN MENENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES D/B/A ABBOTT NUTRITION,<br><br>Defendant. | Civil Action No. 1:22-cv-01082<br><br>Hon. John F. Kness |

Plaintiff Jasmyn Menendez ("Plaintiff") and Defendant Abbott Laboratories d/b/a Abbott Nutrition ("Abbott") (collectively, the "Parties"), by and through counsel, hereby stipulate and agree as follows:

1. On March 1, 2022, Plaintiff filed a Class Action Complaint in the above-captioned Matter. ECF 1. This case is one of 21 lawsuits recently filed in eight different federal district courts seeking recovery for harm allegedly related to powdered infant formula produced at Abbott's manufacturing facility in Sturgis, Michigan. Abbott's deadline to answer, move, or otherwise plead in response to Plaintiff's Complaint is currently May 9, 2022.

2. On April 14, 2022, counsel for plaintiff in another action filed a motion pursuant to 28 U.S.C. § 1407 (the "MDL Motion") with the Judicial Panel on Multidistrict Litigation ("JPML") seeking to coordinate the actions for consolidated pre-trial proceedings in a single jurisdiction.[1] For purposes of briefing on that motion, the JPML opened MDL No. 3037. The

---

[1] At the time the MDL Motion was filed, only 18 actions had been filed in seven different federal district courts. There are now 21 actions filed in eight different federal district courts.

JPML has set a briefing schedule on the MDL Motion, requiring responses and reply briefing to be completed by May 16.

3. Given the pendency of the MDL Motion and its potential effect on the venue for this proceeding, the Parties agree and stipulate that there is good cause to stay all case deadlines, including the deadline for Abbott's responsive pleading, until after the JPML rules on the MDL Motion, because doing so will conserve the Court's and the Parties' resources and avoid duplicative or inconsistent rulings in this case and the other actions.

4. The Parties further agree and stipulate that:

 (i) if the JPML grants the MDL Motion, Abbott's time to answer, move, or otherwise plead in response to Plaintiff's Complaint shall be determined by the MDL judge;

 (ii) if the JPML denies the MDL Motion, Abbott's time to answer, move, or otherwise plead in response to Plaintiff's Complaint is extended until 30 days after the MDL Motion is denied;

 (iii) if MDL No. 3037 is terminated without a ruling on the MDL Motion, Abbott's time to answer, move, or otherwise plead in response to Plaintiff's Complaint is extended until 30 days after MDL No. 3037 is terminated.

5. Abbott's entry into this stipulation shall not constitute a waiver of any defenses. For the avoidance of doubt, Abbott expressly preserves and does not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction or lack of subject matter jurisdiction. Abbott expressly reserves its rights to raise such defenses in any responsive pleading.

STIPULATED AND AGREED TO this 22nd day of April, 2022.

| | |
|---|---|
| */s/ Timothy J. Becker (with permission)* | */s/ James F. Hurst, P.C.* |
| Timothy J. Becker (MN Bar #0256663) | James F. Hurst, P.C. |
| Jacob R. Rusch (MN Bar #0391892) | KIRKLAND & ELLIS LLP |
| Zackary S. Kaylor (MN Bar #0400854) | 300 North LaSalle |
| JOHNSON BECKER, PLLC | Chicago, IL 60654 |
| 444 Cedar Street, Suite 1800 | Tel: 312-862-2000 |
| Saint Paul, MN 55101 | Fax: (312) 862-2200 |
| Tel: 612-436-1800 | james.hurst@kirkland.com |
| Fax: 612-436-1801 | |
| tbecker@johnsonbecker.com | *Attorney for Abbott Laboratories* |
| jrusch@johnsonbecker.com | *d/b/a Abbott Nutrition* |
| zkaylor@johnsonbecker.com | |

Peter J. Flowers (IL Bar #6210847)
Michael W. Lenert (IL Bar #6297019)
Meyers & Flowers, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
Tel: 630-232-6333
pjf@meyers-flowers.com
mwl@meyers-flowers.com

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2022, the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James F. Hurst, P.C.*
James F. Hurst, P.C.